ADOLPH SIMIS, JR., Respondent, *v.* ANDREW WISSEL et al., Appellants.

(Submitted March 1, 1897; decided March 9, 1897.)

MOTION to place case on calendar, left off by inadvertence of counsel.

*Grout, Jenks, Mayer & Hyde* for motion.

Motion granted; no costs.

---

CHARLES H. WOODWARD *v.* THE HOLLAND MEDICINE COMPANY et al.; FRANK L. ANDERSON, Impleaded, etc., Appellant.

Reported below, 9 App. Div. 632.
(Argued March 1, 1897; decided March 9, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 29, 1896, which affirmed an order of Special Term confirming the report of a referee.

The motion was made upon the ground that the judgment was not a final judgment.

*Le Roy Parker* for motion.

*Charles B. Wheeler* opposed.

Motion denied, with ten dollars costs.